LEONA KEENAN, BY AND WITH HER HUSBAND, H. A. KEEN-
AN, *Plaintiffs in Error,* v. J. H. SLANE, AS EXECUTOR OF
THE LAST WILL AND TESTAMENT OF C. T. SLANE, DE-
CEASED, *Defendant in Error.*

Decision Filed October 14, 1920.

A Writ of Error to a Judgment of the Circuit Court
within and for the County of Columbia; M. F. Horne,
Judge.

*Cone & Chapman,* for Plaintiffs in Error;

*Guy Gillen,* for Defendant in Error.

PER CURIAM.—This cause having been heretofore sub-
mitted to the Court upon the transcript of the record of
the Judgment aforesaid, and briefs and argument of
counsel for the respective parties, and the record having
been seen and inspected, and the Court being now ad-
vised of its judgment to be given in the premises, it seems
to the Court that there is no error in the said Judgment;
it is, therefore, considered, ordered and adjudged by the
Court that the said Judgment of the Circuit Court be,
and the same is hereby, affirmed.

All concur.